# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES HAMNER**                                                                   **PETITIONER**
**ADC # 143063**

**V.**                        **Case No. 4:24-CV-00430-JM-BBM**

**DEXTER PAYNE, Director, ADC**                                      **RESPONDENT**

## ORDER

The Court has received a Recommendation from U.S. Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and a *de novo* review of record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT Petitioner Charles Hamner's Amended Petition for Writ of Habeas Corpus, (Doc. 14), is DISMISSED without prejudice. The pending motions (Doc. 33, 34, 36, and 37) are denied as moot. A certificate of appealability will not issue.

IT IS SO ORDERED this 6th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE