# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHARLES HAMNER**                                                                                                **PETITIONER**
**ADC # 143063**

**V.**                                          **No. 4:24-CV-00430-JM-BBM**

**DEXTER PAYNE, Director, ADC**                                         **RESPONDENT**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 6th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE